# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HUGO PERLAZA,

    Plaintiff,

v.                                  Case No: 8:14-cv-2946-T-30MAP

AMERICAN SECURITY INSURANCE
COMPANY,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #19). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of June, 2016.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record